**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | | |
|---|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:18-cv-00061** |
| | ) | |
| **CITY OF PULASKI, TENNESSEE,** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 20), indicating that all matters in dispute have been resolved. Accordingly, this case is **DISMISSED**, with prejudice. The Clerk is directed to close the file.

This order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE