UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Tennessee Riverkeeper, Inc.
         Plaintiff,

v.               Case No.: 1:18–cv–00061

City of Pulaski, Tennessee
         Defendant,

## **ENTRY OF JUDGMENT**

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/6/2019 re [21].

              Clerk of Court
              s/ Jeremy Medley, Deputy Clerk